JANET MCCABE, as Administrator of the Estate of THADDEUS BOYCE, Deceased, and as Guardian of ALYSSA BOYCE, et al., Appellants, v COMPETITION IMPORTS, INC., Doing Business as COMPETITION BMW OF SMITHTOWN, Respondent, et al., Defendant.

Submitted May 31, 2005; decided July 6, 2005

Motion for leave to appeal dismissed upon the ground that no appeal lies from the judgment from which leave to appeal is sought.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JACOBS, Appellant.

Submitted June 13, 2005; decided July 6, 2005

Motion to enlarge the record on appeal granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TYRONE L. JACKSON, Appellant, v MARK FARSI, as Warden, Respondent. (And Other Proceedings.)

Submitted May 31, 2005; decided July 6, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of RED HOOK/GOWANUS CHAMBER OF COMMERCE, Appellant, v NEW YORK CITY BOARD OF STANDARDS AND APPEALS et al., Respondents.

Submitted June 20, 2005; decided July 6, 2005

Motion for leave to appeal granted. Motion for a stay denied.